# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147192(128)

JOHNA BENEFIELD,
      Plaintiff-Appellee,

v

THE CINCINNATI INSURANCE COMPANY,
THE VILLAGE AT STONEGATE POINTE
CONDOMINIUM ASSOCIATION, and NORTH
MANAGEMENT, INC.,
      Defendants-Appellees.

SC: 147192
COA: 300307
Oakland CC: 2008-092119-CZ

_____

JOHNA BENEFIELD,
      Plaintiff-Appellee,

v

Oakland CC: 2008-097062-CZ

BYRON CRAFT,
      Defendant-Appellant,
and

RICHARD R. KOLAR,
      Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's October 4, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

d0224